# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

| | | |
|---|---|---|
| MICHAEL ROWELL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| APPLING COUNTY, et al., | : | |
| Defendants. | : | NO. CV209-31 |

### O R D E R

On June 16, 2009, Magistrate Judge James E. Graham entered a report and recommendation suggesting dismissal of Plaintiff's claims in their entirety. Presently before the Court are Rowell's objections to the report and recommendation. After an independent review of Rowell's objections to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case and hereby **ADOPTS** the report and recommendation as the order of the Court. Rowell's objection is **OVERRULED**. Dkt. No. 10. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this  1st  day of July, 2009.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA